CGFD28 (10/01/16)



**ORDERED in the Southern District of Florida on February 6, 2023**

**Paul G. Hyman, Jr.**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 22–17559–PGH**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Enmely Gabriela Rodriguez
3736 NE 2nd St
Homestead, FL 33033

SSN: xxx–xx–8551

## FINAL DECREE

The trustee, Jacqueline Calderin, having filed a final report that the estate has been fully administered, is discharged and the case is closed.